IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  |  | Date of Notice: |
| KEVIN MITCHELL | : | March 5, 2003 |
| vs. | : |  |
| EQUIFAX CREDIT INFORMATION SERVICES, ET AL. | : | CIVIL ACTION NOS. 02-3812, 02-4439, 02-4442 |

TAKE NOTICE that the above-captioned matter is scheduled for a **PRETRIAL CONFERENCE** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on, March 11, 2003 at 2:00 P.M., in courtroom 15-A on the 15th floor.

If trial counsel is on trial or otherwise engaged at the time of the scheduled conference, another attorney in such trial counsel's office should appear at the conference.

THE CONFERENCE WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

cc: Mark D. Mailman, Esq.        Jonathan D. Weiss, Esq.
    Mark J. Oberstaedt, Esq.     John C. Farrell, Esq.
    Steven J. Adams, Esq.        Jeffrey P. Bates, Esq.
    Catherine O. Raym, Esq.      Howard R. Maniloff, Esq.
    John C. Connell, Esq.        Robert J. Martin, Esq.
    John Keim Semler, Esq.       Shweta Gupta, Esq.
    Joseph F. Riga, Esq.
    Lewis P. Perling, Esq.
    Timothy P. Creech, Esq.