IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KEVIN MITCHELL | Date of Notice: : July 23, 2003 |
| vs. | : |
| EXPERIAN INFORMATION SOLUTIONS, INC. | : CIVIL ACTION NO. 02-4442 |

TAKE NOTICE that the above-captioned matter is scheduled for __JURY TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on November 17, 2003, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,


Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam


COPIES BY MAIL ON __7/23/03__ TO: Mark D. Mailman, Esquire
Howard R. Maniloff, Esquire
John Keim Semler, Esquire
Joseph F. Riga, Esquire
Robert J. Martin, Esquire
Shweta Gupta, Esquire