UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MITCHELL           :
                         :
        v.               :    CIVIL ACTION NO. 02-4442
                         :
CBA INFORMATION SERVICES, INC.  :

## ORDER

AND NOW, this _____ day of November, 2004, it is hereby ORDERED that defendant CBA Information Services' Motion to Continue Trial is GRANTED. Accordingly, this matter shall be rescheduled for trial on January 12, 2004 in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA at 10:00 a.m. in Courtroom No. 15-A.

BY THE COURT:

_____
John P. Fullam, J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MITCHELL            :
                          :
        v.                :    CIVIL ACTION NO. 02-4442
                          :
CBA INFORMATION SERVICES, INC.   :

**DEFENDANT CBA INFORMATION SERVICES'**
**MOTION TO CONTINUE TRIAL**

1. Plaintiff Kevin Mitchell commenced this action on July 3, 2002 alleging that defendant CBA Information Services (hereinafter "CBA") violated the Fair Credit Reporting Act in reinvestigating certain information contained in consumer credit reports that were issued by CBA.

2. The acts and omissions that form the gravamen of this action occurred between approximately January 31, 2002 and April 15, 2002.

3. On those dates CBA's manager of consumer assistance was Pauline Collier.

4. In that capacity, Ms. Collier was responsible for supervising the department that handled plaintiff's requests that CBA investigate the disputed information. In addition, Ms. Collier had personal involvement in investigating some of the information that plaintiff disputed.

5. Ms. Collier's testimony is therefore essential to CBA's defense.

6. In addition, plaintiff has indicated that he intends to subpoena Ms. Collier to testify.

7. This matter is scheduled for a jury trial on November 17, 2003.

8. Unfortunately, about 10 days ago, Ms. Collier began a five (5) week course of daily radiation therapy for breast cancer.

9. As a result of that treatment, it is anticipated that Ms. Collier will not be available to testify for approximately eight (8) weeks.

WHEREFORE, defendant CBA prays that this Court continue trial of this matter January 12, 2004.

                              Respectfully submitted,

                              TABAS & ROSEN, P.C.

                              _____
                              Howard R. Maniloff
                              1845 Walnut Street, 22nd Floor
                              Philadelphia, PA   19103
                              (215) 569-5050

                              Attorney for Defendant
                              CBA Information Services

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Defendant CBA Information Services' Motion to Continue Trial has been filed electronically and is available for viewing and downloading from the ECF System and service of said motion is being made pursuant to ECF Procedural Order ¶ 7(a) on the following:

                James A. Francis, Esquire
                Francis & Mailman, P.C.
                100 South Broad Street, 19th Floor
                Philadelphia, PA   19110

                TABAS & ROSEN, P.C.

                _____
                Howard R. Maniloff
                Attorney for Defendant
                CBA Information Services