IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MITCHELL<br>     Plaintiff,<br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br> and<br>CBA INFORMATION SERVICES<br> and<br>BP/CITIBANK SD<br> and<br>CAPITAL ONE BANK<br> and<br>CROSS COUNTRY BANK<br> and<br>DELL FINANCIAL SERVICES<br> and<br>ORCHARD BANK<br> and<br>PROVIDIAN FINANCIAL<br>     Defendants. | Civil Action No. 02-CV-4442 |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

  Kindly enter the appearance of John Soumilas, Esquire, on behalf of Plaintiff in the above-captioned matter.

            **Respectfully submitted,**

            **FRANCIS & MAILMAN, P.C.**

    BY: _____
         JAMES A. FRANCIS, ESQUIRE
         MARK D. MAILMAN, ESQUIRE
         JOHN SOUMILAS, ESQUIRE
         Land Title Building, 19th Floor
         100 South Broad Street
         Philadelphia, PA 19110
         (215) 735-8600

Dated: November 10, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MITCHELL )<br>     **Plaintiff,** )<br> vs. )<br>      )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC. )<br> and )<br>CBA INFORMATION SERVICES )<br> and )<br>BP/CITIBANK SD )<br> and )<br>CAPITAL ONE BANK )<br> and )<br>CROSS COUNTRY BANK )<br> and )<br>DELL FINANCIAL SERVICES )<br> and )<br>ORCHARD BANK )<br> and )<br>PROVIDIAN FINANCIAL )<br>     **Defendants.** )<br>      ) | Civil Action No. 02-CV-4442 |

## CERTIFICATE OF SERVICE

  I, John Soumilas, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served by regular mail on:

    Howard R. Maniloff, Esquire
    Tabas & Rosen, P.C.
    1845 Walnut Street
    22nd Floor
    Philadelphia, PA  19103

            **FRANCIS & MAILMAN, P.C.**

     BY: _____
         JAMES A. FRANCIS, ESQUIRE
         MARK D. MAILMAN, ESQUIRE
         JOHN SOUMILAS, ESQUIRE
         Land Title Building, 19th Floor
         100 South Broad Street
         Philadelphia, PA  19110
         (215) 735-8600

Dated: November 10, 2003

Case 2:02-cv-04442-JF    Document 34    Filed 11/10/2003    Page 3 of 3