## CERTIFICATE OF SERVICE

I, John Soumilas, hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served by way of facsimile and U.S. mail, first-class and postage pre-paid, upon the following individual:

>Howard R. Maniloff, Esquire
>Tabas & Rosen, P.C.
>1845 Walnut Street
>22nd Floor
>Philadelphia, PA  19103

>**FRANCIS & MAILMAN, P.C.**

>BY: _____
>JAMES A. FRANCIS, ESQUIRE
>MARK D. MAILMAN, ESQUIRE
>JOHN SOUMILAS, ESQUIRE
>Attorneys for Plaintiff
>Land Title Building, 19th Floor
>100 South Broad Street
>Philadelphia, PA 19110
>(215) 735-8600

Dated:  November 11, 2003