```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KEVIN MITCHELL                          :       CIVIL ACTION

      vs.                               :

EXPERIAN INFORMATION SOLUTIONS,         :       NO. 02-4442
INC., ET AL.

# **O R D E R**

      **AND NOW**, this 13th day of November, 2003, it having been reported that the issues between **PLAINTIFF KEVIN MITCHELL** and **DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., CBA INFORMATION SERVICES, BP/CITIBANK SD, CAPITAL ONE BANK, CROSS COUNTRY BANK, DELL FINANCIAL SERVICES, ORCHARD BANK AND PROVIDIAN FINANCIAL** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.


ATTEST:                              or        BY THE COURT:


BY:_____                      _____
    Rosalind Burton-Hoop                        JOHN P. FULLAM, Sr. J.
       Deputy Clerk



COPIES BY MAIL ON  11/13/03   TO: Howard R. Maniloff, Esquire
                                  John Soumilas, Esquire
                                  John Keim Semler, Esquire
                                  Joseph F. Riga, Esquire
                                  Mark D. Mailman, Esquire
                                  Robert J. Martin, Esquire
                                  Shweta Gupta, Esquire



Civ 12 (7/95)