IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN MITCHELL**<br>    **Plaintiff,**<br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br> and<br>**CBA INFORMATION SERVICES**<br> and<br>**BP/CITIBANK SD**<br> and<br>**CAPITAL ONE BANK**<br> and<br>**CROSS COUNTRY BANK**<br> and<br>**DELL FINANCIAL SERVICES**<br> and<br>**ORCHARD BANK**<br> and<br>**PROVIDIAN FINANCIAL**<br>    **Defendants.** | Civil Action No. 02-CV-4442 |

**PRAECIPE TO MARK CASE SETTLED, DISCONTINUED AND ENDED AS TO DEFENDANT DELL FINANCIAL SERVICES ONLY**

TO THE CLERK OF COURT:

  Please mark the above matter settled, discontinued and ended with prejudice **as to Defendant Dell Financial Services only**.

                **FRANCIS & MAILMAN, P.C.**

             BY:_____
               JAMES A. FRANCIS, ESQUIRE
               MARK D. MAILMAN, ESQUIRE
               Attorneys for Plaintiff
               Land Title Building, 19th Floor
               100 South Broad Street
               Philadelphia, PA 19110
               (215) 735-8600

Dated: November 12, 2003