IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN MITCHELL**<br>　　　　　　**Plaintiff,**<br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br>　　and<br>**CBA INFORMATION SERVICES**<br>　　and<br>**BP/CITIBANK SD**<br>　　and<br>**CAPITAL ONE BANK**<br>　　and<br>**CROSS COUNTRY BANK**<br>　　and<br>**DELL FINANCIAL SERVICES**<br>　　and<br>**ORCHARD BANK**<br>　　and<br>**PROVIDIAN FINANCIAL**<br>　　　　　　**Defendants.** | Civil Action No. 02-CV-4442 |

**PRAECIPE TO MARK CASE SETTLED, DISCONTINUED AND ENDED AS TO DEFENDANT PROVIDIAN FINANCIAL ONLY**

TO THE CLERK OF COURT:

Please mark the above matter settled, discontinued and ended with prejudice **as to Defendant Providian Financial only**.

　　　　　　　　　　　　　　　　　　　　　　　　**FRANCIS & MAILMAN, P.C.**

　　　　　　　　　　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　　　　　　　　　JAMES A. FRANCIS, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　MARK D. MAILMAN, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Land Title Building, 19th Floor
　　　　　　　　　　　　　　　　　　　　　　100 South Broad Street
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19110
　　　　　　　　　　　　　　　　　　　　　　(215) 735-8600

Dated: November 12, 2003